1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  DENNIS J. RHODES (168417)
   Email: Dennis.Rhodes@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
5  Tel.: (415) 433-0990
   Fax: (415) 434-1370
6
   Attorneys for Defendants
7  RELIANCE STANDARD LIFE INSURANCE COMPANY
   and THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN
8

9  SCOTT KALKIN (SBN 120791)
   ROBOOSTOFF & KALKIN
10 A Professional Law Corporation
   369 Pine Street, Suite 610
11 San Francisco, CA 94104
   Tel:   (415) 732-0282
12 Fax:   (415) 732-0287

13 Attorneys for Plaintiff
   ISELA DIMERY
14

15                **IN THE UNITED STATES DISTRICT COURT**
16              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| ISELA DIMERY, | Case No.: CV10-00481 JSW |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER** |
| vs. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY AS ADMINISTRATOR AND FIDUCIARY OF THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN AND THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN, | **[Local Rule 6-1]** |
| Defendants. | |

---

1
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case # CV10-00481 JSW
532275.1

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between Plaintiff Isela Dimery ("Plaintiff"), defendant Reliance Standard Life Insurance Company ("Reliance Standard"), and defendant The Genentech, Inc. Long Term Disability Insurance Plan ("the Plan") (collectively Reliance Standard and the Plan referred to as "Defendants"), through their attorneys of record, as follows:

1. Defendants' response to Plaintiff's Complaint currently is due on April 9, 2010;

2. The parties have agreed that Defendants shall have a 14 day extension, to and including April 23, 2010, to answer or otherwise respond to the Complaint herein; and

3. This extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: April 13, 2010

        WILSON, ELSER, MOSKOWITZ,
            EDELMAN & DICKER LLP

By: */s/ Dennis J. Rhodes*
    Adrienne Publicover
    Dennis J. Rhodes
    Attorneys for Defendants
    RELIANCE STANDARD LIFE INSURANCE COMPANY and THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN

Dated: April 13, 2010

    ROBOOSTOFF & KALKIN

By: */s/ Scott Kalkin*
    Scott Kalkin
    Attorneys for Plaintiff
    ISELA DIMERY

**ORDER**

**IT IS SO ORDERED.**

Date: April 13 2010

By: _/s/ Jeffrey S. White_
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

2
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case # CV10-00481 JSW
532275.1