ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendants
RELIANCE STANDARD LIFE INSURANCE COMPANY
and THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN


SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, CA 94104
Tel: (415) 732-0282 / Fax: (415) 732-0287

Attorneys for Plaintiff
ISELA DIMERY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISELA DIMERY, <br><br> Plaintiff, <br><br> vs. <br><br> RELIANCE STANDARD LIFE INSURANCE COMPANY AS ADMINISTRATOR AND FIDUCIARY OF THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN AND THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN, <br><br> Defendants. | Case No.: CV10-00481 JSW <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FOR ONE WEEK;** [PROPOSED] **ORDER THEREON** AS MODIFIED HEREIN <br><br> LR 6-2 <br><br> **Accompanying Document:** <br> Declaration of Dennis J. Rhodes |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-2, by and between Plaintiff Isela Dimery and Defendants, through their attorneys of record, that the Case Management Conference currently set for May 14, 2010, be continued to May 21, 2010, at 1:30 p.m. Counsel

---
1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FOR ONE WEEK;
[PROPOSED] ORDER THEREON
USDC NDCA Case # CV10-00481 JSW
539901.1

for Defendants will be unavailable due to a hearing in Spokane, Washington. Pursuant to Local Rule 6-2, the declaration of Dennis J. Rhodes in support of this motion is filed contemporaneously with this stipulation and order.

Dated: May 6, 2010                     WILSON, ELSER, MOSKOWITZ,
                                                    EDELMAN & DICKER LLP


                                       By:   /s/ Dennis J. Rhodes
                                             Adrienne Publicover
                                             Dennis J. Rhodes
                                             Attorneys for Defendants
                                             RELIANCE STANDARD LIFE INSURANCE
                                             COMPANY and THE GENENTECH, INC., LONG
                                             TERM DISABILITY INSURANCE PLAN

Dated: May 6, 2010                     ROBOOSTOFF & KALKIN


                                       By:   /s/ Scott D. Kalkin
                                             Scott D. Kalkin
                                             Attorneys for Plaintiff
                                             ISELA DIMERY


## ORDER

Pursuant to the stipulation of the parties, the Case Management Conference is continued to ~~May 21, 2010 at 1:30 p.m.~~ June 4, 2010 at 1:30 p.m.

**IT IS SO ORDERED.**


Date: May 7, 2010         By: _/s/ Jeffrey S. White_
                                       HONORABLE JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE

---

2
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FOR ONE WEEK;
[PROPOSED] ORDER THEREON**
USDC NDCA Case # CV10-00481 JSW
539901.1

# CERTIFICATE OF SERVICE
*Isela Dimery v. Reliance Standard Life Insurance Company, et al.*
USDC NDCA Case #CV10-00481 JSW

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FOR ONE WEEK; [PROPOSED] ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_: **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_: **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_: **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Scott D. Kalkin, Esq.
ROBOOSTOFF & KALKIN
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, CA 94104
Tel:  (415) 732-0282
Fax:  (415) 732-0287

*Attorneys for Plaintiff ISELA DIMERY*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **May 6, 2010** at San Francisco, California.



_____
Nancy Li