ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (168417)
Email: Dennis.Rhodes@WilsonElser.com
SHEENA V. JAIN (SBN 251912)
Email: Sheena.Jain@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendants
RELIANCE STANDARD LIFE INSURANCE COMPANY
and THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN


SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, CA 94104
Tel: (415) 732-0282 / Fax: (415) 732-0287

Attorneys for Plaintiff
ISELA DIMERY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISELA DIMERY, | Case No.: CV10-00481 JSW |
| Plaintiff, | **STIPULATION RE EXTENSION OF TIME TO COMPLETE MEDIATION** |
| vs. | AND ORDER THEREON |
| RELIANCE STANDARD LIFE INSURANCE COMPANY AS ADMINISTRATOR AND FIDUCIARY OF THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN AND THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN, | |
| Defendants. | |

**IT IS HEREBY STIPULATED**, pursuant to Local Rule 7-12, by and between Plaintiff Isela Dimery and Defendants, through their attorneys of record, that the deadline to complete

---

1
**STIPULATION RE EXTENSION OF TIME TO COMPLETE MEDIATION**
USDC NDCA Case # CV10-00481 JSW
556358.1

mediation currently set for July 22, 2010, be continued to August 23, 2010, to permit the parties sufficient time to complete mediation presently scheduled for August 12, 2010.

Dated: June 25, 2010                    WILSON, ELSER, MOSKOWITZ,
                                                          EDELMAN & DICKER LLP


                                        By:    */s/ Dennis J. Rhodes*
                                               Adrienne Publicover
                                               Dennis J. Rhodes
                                               Sheena V. Jain
                                               Attorneys for Defendants
                                               RELIANCE STANDARD LIFE INSURANCE
                                               COMPANY and THE GENENTECH, INC., LONG
                                               TERM DISABILITY INSURANCE PLAN


Dated: June 25, 2010                    ROBOOSTOFF & KALKIN


                                        By:    */s/ Scott D. Kalkin*
                                               Scott D. Kalkin
                                               Attorneys for Plaintiff
                                               ISELA DIMERY


## **ORDER**

Pursuant to the stipulation of the parties, the deadline to complete mediation is continued to August 23, 2010.

**IT IS SO ORDERED.**

Date: June 28, 2010          By:    *Jeffrey S. White*
                                    HONORABLE JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

---

2
**STIPULATION RE EXTENSION OF TIME TO COMPLETE MEDIATION**
USDC NDCA Case # CV10-00481 JSW
556358.1