ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (168417)
Email: Dennis.Rhodes@WilsonElser.com
SHEENA V. JAIN (SBN 251912)
Email: Sheena.Jain@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendants
RELIANCE STANDARD LIFE INSURANCE COMPANY
and THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN


SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, CA 94104
Tel: (415) 732-0282 / Fax: (415) 732-0287

Attorneys for Plaintiff
ISELA DIMERY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISELA DIMERY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY AS ADMINISTRATOR AND FIDUCIARY OF THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN AND THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN,<br><br>　　　　Defendants. | Case No.:　CV10-00481 JSW<br><br>**STIPULATION TO CONTINUE HEARING DATE OF PLAINTIFF'S MOTION FOR ALLOWANCE TO CONDUCT DISCOVERY AND ORDER THEREON** |

**IT IS HEREBY STIPULATED**, pursuant to Local Rule 7-12, by and between Plaintiff Isela Dimery and Defendants, through their attorneys of record, that the hearing date of Plaintiff's

---

motion for allowance of discovery be continued from September 3, 2010, to September 17, 2010 at 9:00 a.m. The filing of any opposition and reply briefs shall be in accordance with the new hearing date.

Dated: July 6, 2010

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Dennis J. Rhodes
Adrienne Publicover
Dennis J. Rhodes
Attorneys for Defendants
RELIANCE STANDARD LIFE INSURANCE COMPANY and THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN

Dated: July 6, 2010

ROBOOSTOFF & KALKIN

By: /s/ Scott D. Kalkin
Scott D. Kalkin
Attorneys for Plaintiff
ISELA DIMERY

## ORDER

Pursuant to the stipulation of the parties, the hearing of plaintiff's motion for allowance to conduct discovery is continued from September 3, 2010 to September 17, 2010 at 9:00 a.m. ~~Opposition and reply briefs shall be filed in accordance with the new hearing date.~~

**IT IS SO ORDERED.** Defendants' opposition brief shall be due on July 23, 2010, and Plaintiff's reply shall be due on July 30, 2010. If either party seeks to modify this briefing schedule, they must submit a request to the Court showing good cause.

Date July 6, 2010

By: /s/ Jeffrey S. White
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

2
STIPULATION TO CONTINUE HEARING DATE
USDC NDCA Case # CV10-00481 JSW
558936.1