ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (168417)
Email: Dennis.Rhodes@WilsonElser.com
SHEENA V. JAIN (SBN 251912)
Email: Sheena.Jain@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendants
RELIANCE STANDARD LIFE INSURANCE COMPANY
and THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN


SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, CA 94104
Tel: (415) 732-0282 / Fax: (415) 732-0287

Attorneys for Plaintiff
ISELA DIMERY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISELA DIMERY, <br><br> Plaintiff, <br><br> vs. <br><br> RELIANCE STANDARD LIFE INSURANCE COMPANY AS ADMINISTRATOR AND FIDUCIARY OF THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN AND THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN, <br><br> Defendants. | Case No.: CV10-00481 JSW <br><br> **STIPULATION TO CONTINUE HEARING DATE OF PLAINTIFF'S MOTION FOR ALLOWANCE TO CONDUCT DISCOVERY AND ORDER THEREON** |

**IT IS HEREBY STIPULATED**, pursuant to Local Rule 7-12, by and between Plaintiff Isela Dimery and Defendants, through their attorneys of record, that the hearing date of Plaintiff's

---
1
STIPULATION TO CONTINUE HEARING DATE
USDC NDCA Case # CV10-00481 JSW
577916.1

motion for allowance of discovery be continued from September 17, 2010, to ~~October 1, 2010~~ at 9:00 a.m.  The filing of any opposition and reply briefs shall be in accordance with the new hearing date.

October 8, 2010

Dated: August 27, 2010

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Dennis J. Rhodes*
Adrienne Publicover
Dennis J. Rhodes
Attorneys for Defendants
RELIANCE STANDARD LIFE INSURANCE COMPANY and THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN

Dated: August 27, 2010

ROBOOSTOFF & KALKIN

By: */s/ Scott D. Kalkin*
Scott D. Kalkin
Attorneys for Plaintiff
ISELA DIMERY

## ORDER

Pursuant to the stipulation of the parties, the hearing of plaintiff's motion for allowance to conduct discovery is continued from September 17, 2010 to ~~October 1, 2010~~ at 9:00 a.m. Opposition and reply briefs shall be filed in accordance with the new hearing date.

October 8, 2010

**IT IS SO ORDERED.**

Date August 30, 2010    By: _/s/ Jeffrey S. White_
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE