ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (168417)
Email: Dennis.Rhodes@WilsonElser.com
SHEENA V. JAIN (SBN 251912)
Email: Sheena.Jain@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendants
RELIANCE STANDARD LIFE INSURANCE COMPANY
and THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN


SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, CA 94104
Tel: (415) 732-0282 / Fax: (415) 732-0287

Attorneys for Plaintiff
ISELA DIMERY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISELA DIMERY, | Case No.: CV10-00481 JSW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT DUE TO MEDICAL EMERGENCY; [Proposed] ORDER** |
| vs. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY AS ADMINISTRATOR AND FIDUCIARY OF THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN AND THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN, | Hearing Date: April 4, 2011<br>Proposed Hearing Date: June 3, 2011 |
| Defendants. | |

---

1

STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR
SUMMARY JUDGMENT DUE TO MEDICAL EMERGENCY; [Proposed] ORDER
USDC NDCA Case # CV10-00481 JSW
629827.1

1. This is an ERISA long term disability case in which the Court has set cross-motions for summary judgment to be heard on April 1, 2011 at 9:00 a.m.

2. Plaintiff opening brief is currently due on February 4, 2011.

3. On January 14, 2011, plaintiff's counsel learned that he will require surgery for a major medical problem. The surgery is set to occur on January 18, 2011. It is uncertain exactly how long counsel will be hospitalized or what the recuperation period will be. Plaintiff's counsel was unaware of this medical condition prior to the week of January 10, 2011.

4. In light of the foregoing, the Parties wish to continue the briefing schedule previously set by the Court for approximately sixty (60) days. The new briefing schedule being proposed is as follows:

| | |
|---|---|
| Plaintiff's Opening Brief due: | April 1, 2011 |
| Defendant's Opposition and Cross-Motion due: | April 15, 2011 |
| Plaintiff's Reply and Opposition due: | April 29, 2011 |
| Defendant's Reply due: | May 6, 2011 |
| Hearing date: | June 3, 2011 at 9:00 a.m. |

The Parties also request that the Further Case Management Conference currently scheduled for April 1, 2011 be continued to June 3, 2011, immediately following the oral argument on the summary judgment motions.

In light of the foregoing, good cause exists for the continuance. The Parties request that the Court modify the briefing schedule as set forth above, or to some time thereafter, convenient to the Court and the Parties.

Dated: January 18, 2011

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP


By: /s/ Dennis J. Rhodes
Adrienne Publicover
Dennis J. Rhodes
Attorneys for Defendants
RELIANCE STANDARD LIFE INSURANCE
COMPANY and THE GENENTECH, INC., LONG
TERM DISABILITY INSURANCE PLAN

| | | |
|---|---|---|
| 1 | Dated: January 18, 2011 | ROBOOSTOFF & KALKIN |

By: /s/ Scott D. Kalkin
    Scott D. Kalkin
    Attorneys for Plaintiff
    ISELA DIMERY

### ORDER

Good cause having been shown, the Court hereby continues the briefing schedule, hearing date for cross-motions for summary judgment, and further case management conference as set forth above.

**IT IS SO ORDERED.**

Date: January 19, 2011    By: *[signature]*
    HONORABLE JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE