```
 1  ADRIENNE C. PUBLICOVER (SBN 161432)
    Email: Adrienne.Publicover@WilsonElser.com
 2  DENNIS J. RHODES (168417)
    Email: Dennis.Rhodes@WilsonElser.com
 3  SHEENA V. JAIN (SBN 251912)
    Email: Sheena.Jain@WilsonElser.com
 4  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 5  525 Market Street, 17th Floor
    San Francisco, CA  94105-2725
 6  Tel.: (415) 433-0990 / Fax: (415) 434-1370

 7  Attorneys for Defendants
    RELIANCE STANDARD LIFE INSURANCE COMPANY
 8  and THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN

 9
    SCOTT KALKIN (SBN 120791)
10  ROBOOSTOFF & KALKIN
    A Professional Law Corporation
11  369 Pine Street, Suite 610
    San Francisco, CA  94104
12  Tel: (415) 732-0282 / Fax: (415) 732-0287

13  Attorneys for Plaintiff
    ISELA DIMERY
14
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ISELA DIMERY, | ) Case No.:CV10-00481 JSW |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE BRIEFING SCHEDULING AND HEARING DATE OF PARTIES CROSS-MOTIONS FOR SUMMARY JUDGMENT FOR TWO WEEKS AND [PROPOSED] ORDER THEREON** |
| vs. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY AS ADMINISTRATOR AND FIDUCIARY OF THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN AND THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN, | |
| Defendants. | |

**IT IS HEREBY STIPULATED**, pursuant to Local Rule 7-12, by and between Plaintiff Isela Dimery and Defendants, through their attorneys of record, that the briefing schedule and

hearing date of the Parties' cross-motions for summary judgment be continued for good cause as follows:

Plaintiff filed her opening brief on April 1, 2011 per the current schedule. Defendants opposition and cross-motion is currently due on April 15, 2011. Counsel for Defendants needs additional time to prepare the opposition and cross-motion due to three new matters that have been added to his caseload in the last two weeks which have required Defendant's counsel's immediate attention. Therefore, having conferred on the issue, the Parties request that the Court issue an order continuing the hearing of the cross-motions for summary judgment from June 3, 2011 to June 17, 2011, or to a date as soon thereafter as accommodates the Court. Defendant's Opposition and Cross-motion shall be due to be served and filed on April 29, 2011. Plaintiff's Opposition and Reply will be due May 13, 2011. Defendants' Reply will be due May 20, 2011.

RESPECTFULLY SUBMITTED:

Dated: April 8, 2011                    WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP


                                    By:  /s/ Dennis J. Rhodes
                                         Adrienne Publicover
                                         Dennis J. Rhodes
                                         Attorneys for Defendants
                                         RELIANCE STANDARD LIFE INSURANCE
                                         COMPANY and THE GENENTECH, INC., LONG
                                         TERM DISABILITY INSURANCE PLAN

Dated: April 8, 2011                    ROBOOSTOFF & KALKIN


                                    By:  /s/ Scott D. Kalkin
                                         Scott D. Kalkin
                                         Attorneys for Plaintiff
                                         ISELA DIMERY


### ORDER

Pursuant to the stipulation of the Parties, the hearing of the Parties' cross-motions for summary judgment is continued from June 3 to June 17, 2011. Defendant's Opposition and Cross-

2

STIPULATION TO CONTINUE BRIEFING SCHEDULING AND HEARING DATE OF PARTIES CROSS-MOTIONS FOR SUMMARY JUDGMENT FOR TWO WEEKS AND [PROPOSED] ORDER
USDC NDCA Case # CV10-00481 JSW
659011.1

1  motion shall be due to be served and filed on April 29, 2011. Plaintiff's Opposition and Reply will
2  be due May 13, 2011. Defendants' Reply will be due May 20, 2011.

**IT IS SO ORDERED.**

Date: April 8, 2011          By: _____
                             HONORABLE JEFFREY S. WHITE
                             UNITED STATES DISTRICT JUDGE

3

STIPULATION TO CONTINUE BRIEFING SCHEDULING AND HEARING DATE OF PARTIES CROSS-MOTIONS FOR SUMMARY JUDGMENT FOR TWO WEEKS AND [PROPOSED] ORDER
USDC NDCA Case # CV10-00481 JSW
659011.1