Scott Kalkin, State Bar No. 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 820
San Francisco, California 94104
(415) 732-0282

Attorney for Plaintiff Isela Dimery

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isela Dimery,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>Reliance Standard Life Insurance Company as Administrator and Fiduciary of the Genentech, Inc., Long Term Disability Insurance Plan and The Genentech, Inc., Long Term Disability Insurance Plan,<br><br>　　　　　　　　Defendants. | ACTION NO.: C 10-00481 JSW<br>**ORDER DENYING WITHOUT PREJUDICE**<br>~~[PROPOSED] ORDER ALLOWING ADMINISTRATIVE RECORD TO BE FILED UNDER SEAL~~ |

The Court hereby grants the Parties' Joint Motion and Stipulation to File the Administrative Record Under Seal pursuant to Local Rule 79-5.

Dated: April 13, 2011

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jeffrey S. White_
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

The Court DENIES WITHOUT PREJUDICE the request. It is not clear that it would be unduly burdensome to redact the information that must be redacted under Federal Rule of Civil Procedure 5.2, and the Court finds the parties have not demonstrated that all of the records and information is sealable as that term is used in Local Rule 79-5.

~~[Proposed] Order Allowing Administrative Record to Be Filed Under Seal~~

Case Number: C 10-00481 JSW

1