IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISELA DIMERY, | No. C 10-00481 JSW |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

This matter is scheduled for a hearing on June 17, 2011 on the parties' cross-motions for summary judgment. The Court has considered the parties' papers, relevant legal authority, and the record in this case, the Court finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing scheduled for June 17, 2011 is VACATED and a written ruling shall issue in due course.

**IT IS SO ORDERED.**

Dated: June 14, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE