ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendants
RELIANCE STANDARD LIFE INSURANCE COMPANY
and THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN


SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, CA 94104
Tel: (415) 732-0282
Fax: (415) 732-0287

Attorneys for Plaintiff
ISELA DIMERY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISELA DIMERY, | Case No.: CV10-00481 JSW |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ADVISE COURT OF OUTCOME OF DISCUSSIONS PURSUANT TO ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER** |
| vs. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY AS ADMINISTRATOR AND FIDUCIARY OF THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN AND THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN, | [Local Rule 6-1] |
| Defendants. | |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between Plaintiff Isela Dimery ("Plaintiff"), defendant Reliance Standard Life Insurance Company ("Reliance

Standard"), and defendant The Genentech, Inc. Long Term Disability Insurance Plan ("the Plan") (collectively Reliance Standard and the Plan referred to as "Defendants"), through their attorneys of record, as follows:

1. Pursuant to this Court's order dated March 28, 2012, the Parties are required to report by to the Court by April 30, 2012 as to whether they have reached agreement on the amount of the offset awarded to Reliance Standard. The Parties are still discussing the issue and need additional time to complete their discussions.

2. In view of ongoing discussions, the parties agree that an extension of time from April 30, 2012 to May 21, 2012 should allow them to complete their meet and confer sessions.

3. This extension will not alter the date of any event or any deadline already fixed by Court order.

Based on the foregoing, the Parties respectfully request that the date for reporting to the court be extended from April 30, 2012 to May 21, 2012.

Dated: April 23, 2012           WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP

                          By:   */s/ Dennis J. Rhodes*
                                Adrienne Publicover
                                Dennis J. Rhodes
                                Attorneys for Defendants
                                RELIANCE STANDARD LIFE INSURANCE
                                COMPANY and THE GENENTECH, INC., LONG
                                TERM DISABILITY INSURANCE PLAN

Dated: April 23, 2010           ROBOOSTOFF & KALKIN

                          By:   */s/ Scott Kalkin*
                                Scott Kalkin
                                Attorneys for Plaintiff
                                ISELA DIMERY

**ORDER**

**IT IS SO ORDERED.**

Date: April 24, 2012      By:   *Jeffrey S. White*
                                HONORABLE JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE

---

2
**STIPULATION TO EXTEND TIME ADVISE COURT OF OUTCOME OF DISCUSSIONS PURSUANT TO ORDER
ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER**
USDC NDCA Case # CV10-00481 JSW
868738.1