1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  DENNIS J. RHODES (168417)
   Email: Dennis.Rhodes@WilsonElser.com
3  SHEENA V. JAIN (SBN 251912)
   Email: Sheena.Jain@WilsonElser.com
4  WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
5  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
6  Tel.: (415) 433-0990 / Fax: (415) 434-1370

7  Attorneys for Defendants
   RELIANCE STANDARD LIFE INSURANCE COMPANY
8  and THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN

9
   SCOTT KALKIN (SBN 120791)
10 ROBOOSTOFF & KALKIN
   A Professional Law Corporation
11 369 Pine Street, Suite 610
   San Francisco, CA 94104
12 Tel: (415) 732-0282 / Fax: (415) 732-0287

13 Attorneys for Plaintiff
   ISELA DIMERY
14

15                    **IN THE UNITED STATES DISTRICT COURT**

16                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17

18 | ISELA DIMERY,                                ) | Case No.:   CV10-00481 JSW
                                                  ) | **ORDER DENYING**
19 |                Plaintiff,                    ) | **STIPULATION TO CONTINUE HEARING**
                                                  ) | **DATE OF PLAINTIFF'S MOTION FOR**
20 |        vs.                                   ) | **RECONSIDERATION**
                                                  ) |
21 | RELIANCE STANDARD LIFE                       ) |
    INSURANCE COMPANY AS                          ) |
22 | ADMINISTRATOR AND FIDUCIARY OF               ) |
    THE GENENTECH, INC., LONG TERM                ) |
23 | DISABILITY INSURANCE PLAN AND                ) |
    THE GENENTECH, INC., LONG TERM                ) |
24 | DISABILITY INSURANCE PLAN,                   ) |
                                                  ) |
25 |                Defendants.                   ) |
                                                  ) |
26

27 **IT IS HEREBY STIPULATED**, pursuant to Local Rule 7-12, by and between Plaintiff

28 Isela Dimery and Defendants, through their attorneys of record, that the hearing date of Plaintiff's

---

1

**STIPULATION TO CONTINUE HEARING DATE OF PLAINTIFF'S MOTION FOR
RECONSIDERATION**
USDC NDCA Case # CV10-00481 JSW
936984.1

motion for reconsideration be continued from October 5, 2012, to October 19, 2012 at 9:00 a.m. The filing of any opposition and reply briefs shall be in accordance with the new hearing date.

Dated: September 10, 2012          WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN & DICKER LLP

                            By: _/s/ Dennis J. Rhodes_____
                                Adrienne Publicover
                                Dennis J. Rhodes
                                Attorneys for Defendants
                                RELIANCE STANDARD LIFE INSURANCE
                                COMPANY and THE GENENTECH, INC., LONG
                                TERM DISABILITY INSURANCE PLAN

Dated: September 10, 2012          ROBOOSTOFF & KALKIN

                            By: _/s/ Scott D. Kalkin_____
                                Scott D. Kalkin
                                Attorneys for Plaintiff
                                ISELA DIMERY

## ORDER

~~Pursuant to the stipulation of the parties, the hearing of plaintiff's motion for allowance to conduct discovery is continued from October 5, 2012 to October 19, 2012 at 9:00 a.m. Opposition and reply briefs shall be filed in accordance with the new hearing date.~~

The stipulated request to continue is DENIED without prejudice to a showing of good cause for the requested continuance of the hearing and the briefing schedule.

**IT IS SO ORDERED.** In addition, the Court is unavailable on October 19, 2012.

Date: September 10, 2012    By: _/s/ Jeffrey S. White_____
                                HONORABLE JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE

2
**STIPULATION TO CONTINUE HEARING DATE OF PLAINTIFF'S MOTION FOR RECONSIDERATION**
USDC NDCA Case # CV10-00481 JSW