ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (168417)
Email: Dennis.Rhodes@WilsonElser.com
SHEENA V. JAIN (SBN 251912)
Email: Sheena.Jain@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendants
RELIANCE STANDARD LIFE INSURANCE COMPANY
and THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN


SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, CA 94104
Tel: (415) 732-0282 / Fax: (415) 732-0287

Attorneys for Plaintiff
ISELA DIMERY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISELA DIMERY, | Case No.: CV10-00481 JSW |
| Plaintiff, | **ORDER DENYING STIPULATION TO CONTINUE HEARING DATE OF PLAINTIFF'S MOTION FOR RECONSIDERATION** |
| vs. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY AS ADMINISTRATOR AND FIDUCIARY OF THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN AND THE GENENTECH, INC., LONG TERM DISABILITY INSURANCE PLAN, | |
| Defendants. | |

**IT IS HEREBY STIPULATED**, pursuant to Local Rule 7-12, by and between Plaintiff Isela Dimery and Defendants, through their attorneys of record, that the hearing date of Plaintiff's

motion for reconsideration be continued from October 5, 2012, to October 19, 2012 at 9:00 a.m. The filing of any opposition and reply briefs shall be in accordance with the new hearing date.

Dated: September 10, 2012          WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN & DICKER LLP


                          By: */s/ Dennis J. Rhodes*
                              Adrienne Publicover
                              Dennis J. Rhodes
                              Attorneys for Defendants
                              RELIANCE STANDARD LIFE INSURANCE
                              COMPANY and THE GENENTECH, INC., LONG
                              TERM DISABILITY INSURANCE PLAN


Dated: September 10, 2012          ROBOOSTOFF & KALKIN


                          By: */s/ Scott D. Kalkin*
                              Scott D. Kalkin
                              Attorneys for Plaintiff
                              ISELA DIMERY


## ORDER

~~Pursuant to the stipulation of the parties, the hearing of plaintiff's motion for allowance to conduct discovery is continued from October 5, 2012 to October 19, 2012 at 9:00 a.m. Opposition and reply briefs shall be filed in accordance with the new hearing date.~~

The stipulated request to continue is DENIED without prejudice to a showing of good cause for the requested continuance of the hearing and the briefing schedule.

**IT IS SO ORDERED.** In addition, the Court is unavailable on October 19, 2012.


Date: September 10, 2012   By: _/s/ Jeffrey S. White_
                               HONORABLE JEFFREY S. WHITE
                               UNITED STATES DISTRICT JUDGE

---

2

**STIPULATION TO CONTINUE HEARING DATE OF PLAINTIFF'S MOTION FOR RECONSIDERATION**

USDC NDCA Case # CV10-00481 JSW