IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISELA DIMERY, | No. C 10-00481 JSW |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION FOR RECONSIDERATION SHOULD NOT BE GRANTED AS UNOPPOSED** |
| v. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

This matter is scheduled for a hearing on October 5, 2012, on Plaintiff's motion for reconsideration. Defendants' opposition was due on September 10, 2012. On that date, the parties submitted a stipulation to continue the hearing date and the briefing schedule. Because the parties did not show good cause for their request, the Court DENIED the parties' stipulation on that same date. Defendants have not filed an opposition to the motion. Accordingly, Defendants are HEREBY ORDERED TO SHOW CAUSE why Plaintiff's motion should not be granted as unopposed. Defendants shall file a response to this Order by no later than September 21, 2012. The hearing on the motion remains on calendar on October 5, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 17, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE