IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISELA DIMERY, | No. C 10-00481 JSW |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION FOR RECONSIDERATION SHOULD NOT BE GRANTED AS UNOPPOSED; SETTING BRIEFING SCHEDULE; AND CONTINUING HEARING** |
| v. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

The Court has received and considered Defendants' response to this Court's Order to Show Cause why Plaintiff's motion for reconsideration should not be granted as unopposed. The Court finds good cause to discharge the Order to Show Cause without imposing any form of sanctions. Both parties are admonished to include the factual bases underlying a request to continue deadlines or hearings scheduled before this Court and to carefully read this Court's Order.

The Court shall continue the hearing on the motion for reconsideration to Friday, November 2, 2012 at 9:00 a.m. Defendants shall file the opposition to the motion for reconsideration and their motion to dismiss without prejudice by September 24, 2012.

Plaintiff shall file her reply to the motion for reconsideration on October 1, 2012, and shall file her opposition to the motion to dismiss by October 9, 2012. Defendants shall file their reply to the motion to dismiss by October 16, 2012.

If the Court finds the motions suitable for disposition without oral argument, it shall notify the parties in advance of the hearing.

**IT IS SO ORDERED.**

Dated: September 19, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE